# UNITED STATES DISTRICT COURT
### for the

## Southern District of Alabama

United States of America )
v. )
SANDRA JEAN JACKSON )
)
) Case No: 04-00213-003
) USM No: 08845-003
Date of Original Judgment: 9/13/2005 )
Date of Previous Amended Judgment: 7/24/2008 ) Pro Se
*(Use Date of Last Amended Judgment if Any)* *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐DENIED. ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  144  months **is reduced to**  115 months  .

Except as otherwise provided, all provisions of the judgment dated  9/13/2005  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  01/26/2012                /s/ Callie V. S. Granade
                                                    *Judge's signature*

Effective Date: _____         United States District Judge
    *(if different from order date)*            *Printed name and title*